BARTHOLOMEW LYNCH et al., Appellants, *v.* DE WITT GARDNER et al., Respondents.

(Argued April 13, 1877 ; decided May 22, 1877.)

*J. A. Hathway*, for appellants.

*Albertus Perry*, for respondents.

ALLEN, RAPALLO, ANDREWS and EARL, JJ., concur for affirmance of order granting new trial, and for judgment absolute on stipulation.

MILLER, J., reads opinion for reversal of order granting new trial and affirming judgment. CHURCH, Ch. J., does not vote. FOLGER, J., absent.

Order affirmed and judgment accordingly.